```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Assistant Federal Defender
 3  Designated Counsel for Service
    MATT FLEMING
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    ELLA MOLLIQUE
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00457-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND PROPOSED ORDER |
| v. | ) | |
| | ) | |
| ELLA MOLLIQUE, | ) | Date: February 15, 2011 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Dale A. Drozd |
| | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Jill Thomas, Assistant United States Attorney, and Linda Harter, Assistant Federal Defender, attorney for ELLA MOLLIQUE, that the Court continue the trial confirmation hearing currently set for January 25, 2011 at 10:00 a.m to February 15 at 10:00 a.m.  The parties also stipulate that the jury trial currently set for February 14, 2011 at 10:00 a.m. be continued to March 14, 2011 at 10:00 a.m.

   At present, additional time is needed by defense counsel to investigate.  The parties agree that the ends of justice served by granting defendant's request for a continuance, outweigh the best

interest of the public and the defendant in a speedy trial, because the defense requires more time to properly prepare. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through March 14, 2011, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

Respectfully submitted,

Dated: January 21, 2011          DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Linda Harter
                                 _____
                                 LINDA HARTER
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ELLA MOLLIQUE

Dated: January 21, 2011          BENJAMIN WAGNER
                                 United States Attorney

                                 /s/ David Stevens for:
                                 JILL THOMAS
                                 Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

DATED: January 21, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
mollique0457.stipord.wpd

Stipulation and Order            -2-