1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   LINDA C. HARTER, Bar #179741
    Assistant Federal Defender
3   Designated Counsel for Service
    MATT FLEMING
4   Certified Student Attorney
    801 I Street, 3rd Floor
5   Sacramento, California 95814
    Telephone: (916) 498-5700
6

7   Attorney for Defendant
    ELLA MOLLIQUE
8



9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )  No. 2:10-cr-00457-DAD
                                     )
13                  Plaintiff,       )         𝒫ᴬ
                                     )  STIPULATION AND ~~PROPOSED~~ ORDER
14        v.                         )
                                     )
15  ELLA MOLLIQUE,                   )  Date:  February 15, 2011
                                     )  Time:  10:00 a.m.
16                  Defendant.       )  Judge: Hon. Dale A. Drozd
                                     )
17  _____ )

18

19        IT IS HEREBY STIPULATED between the parties through their

20  respective counsel, Jill Thomas, Assistant United States Attorney, and

21  Linda Harter, Assistant Federal Defender, attorney for ELLA MOLLIQUE,

22  that the Court continue the trial confirmation hearing currently set

23  for February 15, 2011 at 10:00 a.m to March 15, 2011 at 10:00 a.m.  The

24  parties also stipulate that the jury trial currently set for March 14,

25  2011 at 10:00 a.m. be continued to April 18, at 10:00 a.m.

26        At present, additional time is needed by defense counsel to

27  investigate and review discovery.  The parties agree that the ends of

28  justice served by granting defendant's request for a continuance,

1   outweigh the best interest of the public and the defendant in a speedy

2   trial, because the defense requires more time to properly prepare.  The

3   parties stipulate that for the purpose of computing time under the

4   Speedy Trial Act, the Court should exclude time from the date of this

5   order through April 18, 2011, for defense preparation and

6   investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

7

8

9

10

                                        Respectfully submitted,

11
     Dated: February 14, 2011           DANIEL J. BRODERICK
12                                       Federal Defender

13                                       /s/ Linda Harter

14                                       _____
                                         LINDA HARTER
                                         Assistant Federal Defender
15                                       Attorney for Defendant
                                         ELLA MOLLIQUE
16

17   Dated: February 14, 2011           BENJAMIN WAGNER
                                         United States Attorney
18

19                                       /s/ David Stevens, SAUSA for
                                         JILL THOMAS
20                                       Assistant U.S. Attorney

21

22                                       ORDER

23   IT IS SO ORDERED.

24

25   Dated: __2/14/11__                  _____
                                         HON. DALE A. DROZD
26                                       United States Magistrate Judge

27

28

Stipulation and Order              -2-