

FILED

MAR 14 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Assistant Federal Defender
3  Designated Counsel for Service
   MATT FLEMING
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7  Attorney for Defendant
   ELLA MOLLIQUE
8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      )  No. 2:10-cr-00457-DAD
                                  )
13            Plaintiff,          )       AMENDED  DAD
                                  )  STIPULATION AND ~~PROPOSED~~ ORDER
14      v.                        )
                                  )
15 ELLA MOLLIQUE,                 )  Date:  March 15, 2011
                                  )  Time:  10:00 a.m.
16            Defendant.          )  Judge: Hon. Dale A. Drozd
                                  )
17 _____)

18

19      IT IS HEREBY STIPULATED between the parties through their

20 respective counsel, Jill Thomas, Assistant United States Attorney, and

21 Linda Harter, Assistant Federal Defender, attorney for ELLA MOLLIQUE,

22 that the Court vacate the trial confirmation hearing currently set for

23 March 15, 2011 at 10:00 a.m. and the jury trial currently set for April

24 18, 2011 at 10:00 a.m.  The parties further stipulate that a status

25 conference should be set for Tuesday, April 26, 2011 at 10:00 a.m.

26      At present, additional time is needed by defense counsel to

27 investigate and review discovery.  The parties agree that the ends of

28 justice served by granting defendant's request for a continuance,

1  outweigh the best interest of the public and the defendant in a speedy
2  trial, because the defense requires more time to properly prepare.  The
3  parties stipulate that for the purpose of computing time under the
4  Speedy Trial Act, the Court should exclude time from the date of this
5  order through April 26, 2011, for defense preparation and
6  investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

|     |                           |                                                           |
|-----|---------------------------|-----------------------------------------------------------|
|     |                           | Respectfully submitted,                                   |
| 9   | Dated: March 14, 2011     | DANIEL J. BRODERICK<br>Federal Defender                   |
|     |                           | /s/ Linda Harter<br>LINDA HARTER<br>Assistant Federal Defender<br>Attorney for Defendant<br>ELLA MOLLIQUE |
| 15  | Dated: March 14, 2011     | BENJAMIN WAGNER<br>United States Attorney                 |
|     |                           | /s/ David Stevens<br>DAVID STEVENS<br>Special Assistant U.S. Attorney |

ORDER

IT IS SO ORDERED.

Dated: 3/14/11

HON. DALE A. DROZD
United States Magistrate Judge

Stipulation and Order                    -2-