FILED

APR 26 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL THOMAS
   Assistant U.S. Attorney
3  HEATHER M. THOMAS
   Certified Student, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2807

6

7             IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )   Cr. No. S-10-457-DAD
                                    )
11         Plaintiff,                )   [~~PROPOSED~~] ORDER
                                    )
12    v.                            )
                                    )
13 ELLA MOLLIQUE,                   )   DATE: April 26, 2011
                                    )   TIME: 10:00 a.m.
14         Defendant.                )   JUDGE: Hon. Dale A. Drozd
   _____ )
15

16
        It is Hereby Ordered that the plaintiff United States of
17
   America's Motion to Dismiss the above-captioned case is GRANTED.
18
        IT IS SO ORDERED.
19
   Dated: April 26, 2011
20
                                    _____
21                                  HON. DALE A. DROZD
22                                  United States Magistrate Judge

23
24
25
26
27
28